| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF OHIO |
| Case number *(if known)* _____  Chapter __11__ |
|  ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Heavy Diesel Service, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0636482** |
| 4. | **Debtor's address** | **Principal place of business**  **445 Commerce Square**  **Columbus, OH 43228**  Number, Street, City, State & ZIP Code    **Franklin**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://5aabtransport.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Heavy Diesel Service, LLC** _____  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__**8111**__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | **Heavy Diesel Service, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**                Relationship
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Heavy Diesel Service, LLC**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Heavy Diesel Service, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 21, 2021**
MM / DD / YYYY

**X /s/ Navdeep Sidhu**
Signature of authorized representative of debtor

**Navdeep Sidhu**
Printed name

Title **Member**

**18. Signature of attorney**

**X /s/ James A. Coutinho**
Signature of attorney for debtor

Date **June 21, 2021**
MM / DD / YYYY

**James A. Coutinho 0082430**
Printed name

**Allen Stovall Neuman & Ashton LLP**
Firm name

**17 South High Street
Suite 1220
Columbus, OH 43215**
Number, Street, City, State & ZIP Code

Contact phone **(614) 221-8500**    Email address **coutinho@asnalaw.com**

**0082430 OH**
Bar number and State

Debtor **Heavy Diesel Service, LLC** Case number (*if known*)
      Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **5AAB Holding, LLC** | | Relationship to you | **Affiliate** | |
| District | **Southern District of Ohio** | When **6/21/21** | Case number, if known | | |
| Debtor | **5AAB Transport, LLC** | | Relationship to you | **Affiliate** | |
| District | **Southern District of Ohio** | When **6/21/21** | Case number, if known | **21-52150** | |
| Debtor | **SJS Transport, LLC** | | Relationship to you | **Affiliate** | |
| District | **Southern District of Ohio** | When **6/21/21** | Case number, if known | **21-52151** | |

Fill in this information to identify the case:
Debtor name: **Heavy Diesel Service, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1st Ayd Corporation** PO Box 5298 Elgin, IL 60121 | **847-622-0001** | **Business Goods** | | | | $1,524.64 |
| **Advance Auto Parts** PO Box 742063 Atlanta, GA 30374 | **(614) 276-7433** | **Business Goods** | | | | $5,126.75 |
| **Airgas USA LLC** 22 Marietta Rd,Chillicothe,OH,45601 Chillicothe, OH 45601 | **(614) 729-1291** | **Business Goods** | | | | $124.00 |
| **Aramark** PO Box 731676 Dallas, TX 75373 | **(614) 360-1609** | **Business Services** | | | | $1,705.56 |
| **BestDrive Commercial Tire** 3315 Urbancrest Industrial Dr. Grove City, OH 43123 | **(614) 549-3350** | **Business Goods** | | | | $2,798.30 |
| **Capital One** PO Box 85015 Richmond, VA 23285 | **1 (877) 383-4802** | **Business Credit Card** | | | | $29,058.22 |
| **CFBank** 7000 North High Street Columbus, OH 43085 | **614-334-7979** | **PPP Loan** | | | | $20,000.00 |
| **First Financial Bank** 255 East Fifth St., Ste. 700 Cincinnati, OH 45202 | **Jeffrey M. Hendricks, Esq.** jhendricks@graydon.law (513) 621-6464 | **Secured Loan** | | $1,154,000.00 | $0.00 | $1,054,000.00 |

Debtor **Heavy Diesel Service, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Glockner Oil Company<br>Piketon Operation L#3528<br>Columbus, OH 43260** | 800-289-2979 | **Business goods** | | | | $3,913.57 |
| **Goodyear Tire<br>1950 Hendrix Dr.<br>Grove City, OH 43123** | (614) 221-6501 | **Business Goods** | | | | $2,800.00 |
| **Internal Revenue Service<br>District Director, Insolvency Section<br>PO Box 1579<br>Cincinnati, OH 45201** | | **941 Tax Obligations** | | | | $3,336.20 |
| **NAPA Auto Parts<br>3492 Sullivant Ave<br>Columbus, OH 43204** | (614) 871-0890 | **Business Goods** | | | | $200.87 |
| **Ohio Department of Taxation<br>21st Floor<br>150 E. Gay Street<br>Columbus, OH 43215** | | **Sales Tax Owed** | | | | $1,546.76 |
| **Parts Distributing Company<br>600 LasColinas Blvd., Suite 400<br>Irving, TX 75039** | 1-800-549-7278 | **Business Goods** | | | | $3,927.28 |
| **Spectrum Business<br>4145 S Falkenburg Rd.<br>Riverview, FL 33578** | 1-877-283-8091 | **Business Services** | | | | $181.20 |

# United States Bankruptcy Court
### Southern District of Ohio

In re **Heavy Diesel Service, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hardeep Singh**<br>**822 Oakley Dr.**<br>**Delaware, OH 43015** | | **50%** | **Member** |
| **Navdeep Sidhu**<br>**945 Rambling Brook Way**<br>**Delaware, OH 43015** | | **50%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 21, 2021**

Signature **/s/ Navdeep Sidhu**
**Navdeep Sidhu**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

1st Ayd Corporation
PO Box 5298
Elgin, IL 60121

Advance Auto Parts
PO Box 742063
Atlanta, GA 30374

Airgas USA LLC
22 Marietta Rd,Chillicothe,OH,45601
Chillicothe, OH 45601

Aramark
PO Box 731676
Dallas, TX 75373

BestDrive Commercial Tire
3315 Urbancrest Industrial Dr.
Grove City, OH 43123

Capital One
PO Box 85015
Richmond, VA 23285

Central Ohio Forklifts
4150 Perimeter Dr.
Columbus, OH 43228

CFBank
7000 North High Street
Columbus, OH 43085

First Financial Bank
255 East Fifth St., Ste. 700
Cincinnati, OH 45202

First Financial Bank
c/o Corporation Service Company
50 West Broad St., Ste. 1339
Columbus, OH 43215

Glockner Oil Company
Piketon Operation L#3528
Columbus, OH 43260

Goodyear Tire
1950 Hendrix Dr.
Grove City, OH 43123

Internal Revenue Service
District Director, Insolvency Section
PO Box 1579
Cincinnati, OH 45201

Jeffrey M. Hendricks, Esq.
Graydon Head & Ritchey LLP
312 Walnut St., Ste. 1800
Cincinnati, OH 45202

NAPA Auto Parts
3492 Sullivant Ave
Columbus, OH 43204

Ohio Attorney General
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Ohio Department of Taxation
21st Floor
150 E. Gay Street
Columbus, OH 43215

Parts Distributing Company
600 LasColinas Blvd., Suite 400
Irving, TX 75039

Sorano Apartments
12046 Clark St.
Moreno Valley, CA 92557

Spectrum Business
4145 S Falkenburg Rd.
Riverview, FL 33578

US Attorney
303 Marconi Blvd., Ste. 200
Columbus, OH 43215

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Heavy Diesel Service, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Heavy Diesel Service, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2021**  
Date

/s/ James A. Coutinho  
**James A. Coutinho 0082430**  
Signature of Attorney or Litigant  
Counsel for  **Heavy Diesel Service, LLC**  
**Allen Stovall Neuman & Ashton LLP**  
**17 South High Street**  
**Suite 1220**  
**Columbus, OH 43215**  
**(614) 221-8500 Fax:(614) 221-5988**  
**coutinho@asnalaw.com**